[No. 44665-7-I.    Division One.    April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RUSNAK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01246-8, Thomas J. Wynne, J., entered May 7, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44250-3-I.    Division One.    April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE LEONARD GOREE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04212-1, Charles W. Mertel, J., entered February 8, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 43715-1-I.    Division One.    April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. TRICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00887-0, Jay V. White, J., entered October 26, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43031-9-I.    Division One.    April 17, 2000.]

*In the Matter of the Detention of* RANDY PEDERSEN, *Appellant*, and THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-09933-9, Sharon S. Armstrong, J., entered March 7, 1995. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Baker and Cox, JJ.